# Exhibit 1

Converse Inc. v. Hangzhou Huangxuan Trading Co., Ltd., et al. - Case No. 21-cv-04897

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | advan-zj.en.alibaba.com | Hangzhou Huangxuan Trading Co., Ltd. |
| 2 | amcshoes.en.alibaba.com | Dongguan Ai Mei Cheng Shoes Co., Ltd. |
| 3 | asshoes.en.alibaba.com | Jinjiang Angsen Trading Co., Ltd. |
| 4 | byringshoes.en.alibaba.com | Ningbo Byring Import & Export Co., Limited |
| 5 | chichangcn.en.alibaba.com | Pingyang Lula E-Commerce Co., Ltd. |
| 6 | chinatowe.en.alibaba.com | Fujian Nanwang Biological Technology Co., Ltd. |
| 7 | choushan.en.alibaba.com | Hunan Choushan Trading Co., Ltd. |
| 8 | cn1516953121bugo.en.alibaba.com | Quanzhou Hongda Business Co., Ltd. |
| 9 | cnlindingyanting.en.alibaba.com | Jinjiang Linding Yanting Shoes Co., Ltd. |
| 10 | DISMISSED | DISMISSED |
| 11 | cowinfootwear.en.alibaba.com | Quanzhou Cowin Footwear Co., Ltd. |
| 12 | cqyuguo1.en.alibaba.com | Chongqing Yuguo Technology Co., Ltd. |
| 13 | dbscm.en.alibaba.com | dbscm.en.alibaba.com |
| 14 | feinece.en.alibaba.com | Guangzhou Feinece Trading Co., Ltd |
| 15 | fjjianer.en.alibaba.com | Jinjiang Jianer Shoes & Garments Co., Ltd. |
| 16 | fjmt.en.alibaba.com | Fuzhou My Ten E-Commerce Co., Ltd. |
| 17 | fjuptop.en.alibaba.com | Fujian Uptop Trading Co., Ltd. |
| 18 | folin.en.alibaba.com | Quanzhou Folin Import & Export Trading Co., Ltd. |
| 19 | fyhlxy.en.alibaba.com | Hangzhou Fuyang Hualong Shoes Co., Ltd. |
| 20 | fzclt.en.alibaba.com | Fuzhou CLT E-Business Co., Ltd. |
| 21 | fzgean.en.alibaba.com | Fuzhou Gean Import & Export Trading Co., Ltd. |
| 22 | fztopkeeping.en.alibaba.com | Jinjiang Chichang Import & Export Trading Co., Ltd. |
| 23 | guyucn.en.alibaba.com | Quanzhou Guyu Trading Co., Ltd. |
| 24 | haopaidang.en.alibaba.com | Quanzhou Good Partner Business Service Co., Ltd. |
| 25 | DISMISSED | DISMISSED |
| 26 | hellosport.en.alibaba.com | Quanzhou Hello Sports Products Co., Ltd. |
| 27 | hnblmy.en.alibaba.com | Hainan Bolian Trading Co., Ltd. |
| 28 | hzmonuo.en.alibaba.com | Hangzhou Mono Electronic Commerce Co., Ltd. |
| 29 | jiaguo.en.alibaba.com | Ningbo Jago E-Commerce Co., Ltd. |
| 30 | jiaxinfootwear.en.alibaba.com | Quanzhou Jiaxin Footwear Trade Co., Ltd. |

| | | |
|---|---|---|
| 31 | jingpu99.en.alibaba.com | Quanzhou Jingpu Supply Chain Management Co., Ltd. |
| 32 | jjzhenghao.en.alibaba.com | Jinjiang Zhenghao Trading Co., Ltd. |
| 33 | jxsuji.en.alibaba.com | Nanchang Suji E-Commerce Co., Ltd. |
| 34 | DISMISSED | DISMISSED |
| 35 | litian-sports.en.alibaba.com | Litian(Quanzhou) Import & Export Co., Ltd. |
| 36 | DISMISSED | DISMISSED |
| 37 | minika.en.alibaba.com | Jinjiang Minika Shoes Co., Ltd. |
| 38 | miracletrading.en.alibaba.com | Ningbo Miracle International Trading Co., Ltd. |
| 39 | mornkid.en.alibaba.com | Fuzhou Topkeeping Imp.&Exp. Trading Co., Ltd. |
| 40 | nadxwz2.en.alibaba.com | Nan'an Dexi Technology Co., Ltd. |
| 41 | qzfashionshow.en.alibaba.com | Quanzhou Fashion Import And Export Trade Co., Ltd. |
| 42 | qzxll.en.alibaba.com | Quanzhou Hallelu Co., Ltd. |
| 43 | seerol.en.alibaba.com | Fuzhou Seerol Trade Co., Ltd. |
| 44 | shangtuo.en.alibaba.com | Jinjiang Shangtuo Trading Co., Ltd. |
| 45 | tengyuefur.en.alibaba.com | Gucheng County Military Attache Village Teng Yue Fur Factory |
| 46 | thshoes.en.alibaba.com | Jinjiang Tonghua Shoes Co., Ltd. |
| 47 | tjbikini.en.alibaba.com | Jinhua Taijun Household Products Co., Ltd. |
| 48 | xinxiezhi.en.alibaba.com | Fujian Quanzhou Xinxiezhi Shoe Plastic Co., Ltd. |
| 49 | ysmarket.en.alibaba.com | Dongguan Yanishi Clothing Co., Ltd. |
| 50 | yujiantrading.en.alibaba.com | Adit Shoes Manufacture Co., Ltd. |
| 51 | aliexpress.com/store/1534055 | bree's happy world |
| 52 | aliexpress.com/store/213041 | Baby Shoe s Toddler Clothes Store |
| 53 | aliexpress.com/store/2295073 | GGC SMT Store |
| 54 | aliexpress.com/store/235685 | QualityDIY BShoes Store |
| 55 | aliexpress.com/store/2665112 | Laficiro Fitness Store |
| 56 | aliexpress.com/store/3010074 | BestFamily Store |
| 57 | aliexpress.com/store/3885019 | JEERKOOL Speciality Store |
| 58 | aliexpress.com/store/4291014 | Dazzling showcase Store |
| 59 | aliexpress.com/store/4313002 | Lilyss Store |
| 60 | aliexpress.com/store/4426211 | No. 3 shoe store discount store Store |
| 61 | aliexpress.com/store/4659092 | ALICE&YOU Official Store |
| 62 | aliexpress.com/store/4780015 | Galio Store |
| 63 | aliexpress.com/store/4786018 | CWANLUU Official Store |
| 64 | aliexpress.com/store/4788018 | Cwanluu Store |
| 65 | aliexpress.com/store/4832027 | covadis Official Store |
| 66 | aliexpress.com/store/4992348 | nanyanghengshengjiuTrading Co., Ltd. Store |
| 67 | aliexpress.com/store/5004278 | elizandro Official Store |

| 68 | aliexpress.com/store/5053105 | Milky Sportwear Store |
|---|---|---|
| 69 | aliexpress.com/store/5145029 | 7 Stars Energetic Sporting & Entertainment Store |
| 70 | aliexpress.com/store/5242152 | Daypepe Official Store |
| 71 | aliexpress.com/store/5383238 | Airp SH Store |
| 72 | aliexpress.com/store/5789161 | exercises Store |
| 73 | aliexpress.com/store/822552 | JAPY Official Store |
| 74 | aliexpress.com/store/910451146 | Pingshang Footwear Store |
| 75 | aliexpress.com/store/911036112 | Farevally Softwear Store |
| 76 | aliexpress.com/store/911295215 | Joshua Store |
| 77 | aliexpress.com/store/911753933 | jinheyushangmao Store |
| 78 | aliexpress.com/store/911776511 | Leisure for men and women Store |
| 79 | aliexpress.com/store/911833502 | caishen9527 Store |
| 80 | aliexpress.com/store/911834206 | LaiCai Stylish Store |
| 81 | aliexpress.com/store/911928551 | Ming Tian Store |
| 82 | aliexpress.com/store/911943476 | Little Stone Store Store |
| 83 | aliexpress.com/store/911960105 | Poetic elegance Store |
| 84 | aliexpress.com/store/912062160 | LoliLove Store |
| 85 | aliexpress.com/store/912068334 | GGLBC SMT02 Store |
| 86 | aliexpress.com/store/912087032 | NYBYCACL-666888 Store |
| 87 | aliexpress.com/store/912155374 | Aimei Shoe Store |
| 88 | aliexpress.com/store/912187950 | mgfive Store |
| 89 | aliexpress.com/store/912189159 | Eseen Store |
| 90 | aliexpress.com/store/912221303 | baifulexie Store |
| 91 | aliexpress.com/store/912263325 | LIZUShoe Store |
| 92 | aliexpress.com/store/912263971 | Baby daily necessities Store |
| 93 | aliexpress.com/store/912269613 | JIAGER Store |
| 94 | aliexpress.com/store/912271687 | OllyMurs AMODA Store |
| 95 | aliexpress.com/store/912320346 | LN 008 Store |
| 96 | aliexpress.com/store/912349524 | AX-CHN Store |
| 97 | amazon.com/sp?seller=A10V2AFMI0J8ZF | MURSFAND |
| 98 | amazon.com/sp?seller=A114ZTNPMXT607 | Qiaojia-Store |
| 99 | amazon.com/sp?seller=A130F2R9XJ2PFE | CarlyEliza |
| 100 | DISMISSED | DISMISSED |
| 101 | amazon.com/sp?seller=A16E3R43OBCO1I | Tk-Tek |
| 102 | amazon.com/sp?seller=A1AAWI13JKP2UZ | haohanrichard |
| 103 | amazon.com/sp?seller=A1AM18FJ5JKDAZ | xixianxinqufengdong |
| 104 | amazon.com/sp?seller=A1BBS5KJXI5GKR | ZHONGLINGLUHAOHUO |
| 105 | amazon.com/sp?seller=A1CDOATEL0ZACO | XSMSHOP |
| 106 | amazon.com/sp?seller=A1F0TG6LIL301R | Blue cloud ltd |
| 107 | amazon.com/sp?seller=A1HWLPXQNL33ZF | Vetcoy 7-15 days Arrive |
| 108 | amazon.com/sp?seller=A1IGKYCXFN2EAZ | CHERRY GIRL |
| 109 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 110 | amazon.com/sp?seller=A1LUNG0C88BACZ | VCA Sports |
| 111 | amazon.com/sp?seller=A1OO0ZXJ3V8BLF | guishines |
| 112 | amazon.com/sp?seller=A1TYX85DBBJ38Q | SXLYWLKJ |
| 113 | amazon.com/sp?seller=A1U64XFJ5KY4US | A1U64XFJ5KY4US |
| 114 | amazon.com/sp?seller=A1VY5HQSGEEWYP | Mael Lachlan Jal |
| 115 | amazon.com/sp?seller=A1WKOVNIKB6EG1 | GHTRGDS |
| 116 | DISMISSED | DISMISSED |
| 117 | amazon.com/sp?seller=A224JWQQWOPWH3 | qianlingshangmao |
| 118 | amazon.com/sp?seller=A24QGCGMI3WH16 | qiaoxiang888 |
| 119 | amazon.com/sp?seller=A253713D07N3FV | Imre MaddockQabil |
| 120 | amazon.com/sp?seller=A25EFK0LEG1F44 | A25EFK0LEG1F44 |
| 121 | amazon.com/sp?seller=A25VBI4PGZSO7B | FideliaHelenlvy |
| 122 | amazon.com/sp?seller=A294CTGVE6KHKO | Zhao Kai Store |
| 123 | amazon.com/sp?seller=A2CYI00JICDS50 | luo he liang dian shang mao |
| 124 | amazon.com/sp?seller=A2D9NH6XPK8W73 | ninghuaxiansuzaodingzhimeifadian |
| 125 | amazon.com/sp?seller=A2EMRNNBIJUTXS | XiaoWeiL |
| 126 | amazon.com/sp?seller=A2F0K6OOZ5XQHK | KenishaLinda Chipo |
| 127 | amazon.com/sp?seller=A2FCH29D4TLBK8 | danzhounadaxingbaodianqidian |
| 128 | amazon.com/sp?seller=A2G0CDIR7MB2AH | DaphneFredaIris |
| 129 | amazon.com/sp?seller=A2HWM1CSY213ZT | A2HWM1CSY213ZT |
| 130 | amazon.com/sp?seller=A2IXVOH36DSHQF | jianoushixudunzhenxiaoshangshizadian |
| 131 | amazon.com/sp?seller=A2J2X7NY8ERWSK | Ce Qi Shang Mao You Xian Gong Si |
| 132 | amazon.com/sp?seller=A2J7NRBPIWUEHT | Jinghexinchengshengdanfubaihuodian1 |
| 133 | amazon.com/sp?seller=A2KBPLOFVO93FT | HUEKY |
| 134 | amazon.com/sp?seller=A2KLM0B91WQ8R6 | sheng rui shang mao dian |
| 135 | amazon.com/sp?seller=A2RG8X4S6SMQA | JTCSGY |
| 136 | amazon.com/sp?seller=A2S4CWQUI6KSZ4 | CZTD |
| 137 | amazon.com/sp?seller=A2SCTVZ8OEFMT2 | SquirrelsS |
| 138 | amazon.com/sp?seller=A2TR65FOR6UPEQ | MoKFE-US |
| 139 | amazon.com/sp?seller=A2WRJMDT1VW6QB | meilifuhao |
| 140 | amazon.com/sp?seller=A2X4IESJOKY2FA | Wen's studio |
| 141 | amazon.com/sp?seller=A2YBXLFRNY6BSE | pxjrxlzl |
| 142 | DISMISSED | DISMISSED |
| 143 | amazon.com/sp?seller=A2YYXKY6WZ6GTQ | VANXY |
| 144 | amazon.com/sp?seller=A31EOVNT07DDA8 | UdehSachchit |
| 145 | amazon.com/sp?seller=A324BXELDYLVZ6 | TalibWaltonZaide |
| 146 | amazon.com/sp?seller=A32KMNE06WXUFZ | Dakshesh Calixto |
| 147 | amazon.com/sp?seller=A33EVEOCL27W5C | Laraine MarenGaia |
| 148 | amazon.com/sp?seller=A34GTVM3QY5KHR | A34GTVM3QY5KHR |
| 149 | amazon.com/sp?seller=A34LOJJOG8CYW2 | Ayufish |
| 150 | amazon.com/sp?seller=A38MPB3F5X2VYH | Miss the time |
| 151 | amazon.com/sp?seller=A39W6ZMA0MIIM7 | Guangzhou Auto Parts City |
| 152 | DISMISSED | DISMISSED |

| | | |
|---|---|---|
| 153 | amazon.com/sp?seller=A3FKDQDM0I43BO | Python becomes fine |
| 154 | amazon.com/sp?seller=A3IA6GH57N9G5F | A3IA6GH57N9G5F |
| 155 | amazon.com/sp?seller=A3KB95EDT1O4P5 | Big Fat Shop |
| 156 | amazon.com/sp?seller=A3KWLUU2PGCLRX | xinduquyaxunbaihuodian |
| 157 | amazon.com/sp?seller=A3N7KJWLDKMNZF | sunlinlindian |
| 158 | amazon.com/sp?seller=A3N9LL9XL7RDRR | QYBHOZ |
| 159 | amazon.com/sp?seller=A3PS284EVNWAIA | xuchangcuirunshangmaoyouxiangongsi |
| 160 | amazon.com/sp?seller=A3QCR3EAHPMZQ | chaodaa |
| 161 | amazon.com/sp?seller=A3QGBOWNQT11WT | Bomden |
| 162 | amazon.com/sp?seller=A3QGNLZXH6Y7T5 | Supka |
| 163 | amazon.com/sp?seller=A3SY0T27WAKLAW | Xena WendySylvia |
| 164 | amazon.com/sp?seller=A3TKTMRQEVGM7A | HALDD |
| 165 | DISMISSED | DISMISSED |
| 166 | DISMISSED | DISMISSED |
| 167 | amazon.com/sp?seller=A65H5EZKCV3L9 | BaiLingRiYongBaiHuo |
| 168 | amazon.com/sp?seller=AI0C64OO0FX08 | Abuyn |
| 169 | amazon.com/sp?seller=AI7H8UYV8PXOS | LvLiangShiLiShiQuKangChenBaiHuoShangDian |
| 170 | amazon.com/sp?seller=AIV3D6AW6P07Z | mengxiangqihang |
| 171 | amazon.com/sp?seller=AKNX41HM1JSXQ | xingyunqijian |
| 172 | amazon.com/sp?seller=AKRMOY49F2TI8 | ChaoYueZiJi |
| 173 | amazon.com/sp?seller=AM5LYSL9LYNOV | NeBoion |
| 174 | DISMISSED | DISMISSED |
| 175 | amazon.com/sp?seller=ATE5SM2RV39YS | Geguoo |
| 176 | amazon.com/sp?seller=AU52UASEE9N0Y | LIU RUITONG 0 |
| 177 | amazon.com/sp?seller=AX7CTUHJASB13 | Cornerstone Energy Limited111 |
| 178 | amazon.com/sp?seller=AY275T0A603OD | Sellers who re-emerged |
| 179 | amazon.com/sp?seller=AY9FRQRN934IK | KaiYangDeXiaoDian |
| 180 | amazon.com/sp?seller=AYR7OI27DPF9M | HaiKouShiMaiTeWeiShangMaoYouXianGongShi |
| 181 | amazon.com/sp?seller=AZTN5DGR0IGX7 | MartianGirl |
| 182 | dhgate.com/store/21040607 | hot 350 seller |
| 183 | dhgate.com/store/21210775 | football2019 |
| 184 | dhgate.com/store/21410872 | dynastic |
| 185 | ebay.com/usr/annly_liu | annly_liu |
| 186 | DISMISSED | DISMISSED |
| 187 | DISMISSED | DISMISSED |
| 188 | DISMISSED | DISMISSED |
| 189 | ebay.com/usr/goods2uall | goods2uall |
| 190 | ebay.com/usr/great_wall_2016 | great_wall_2016 |
| 191 | ebay.com/usr/m-nkr | m-nkr |
| 192 | DISMISSED | DISMISSED |
| 193 | DISMISSED | DISMISSED |

| 194 | ebay.com/usr/weiwli-0 | weiwli-0 |
|---|---|---|
| 195 | DISMISSED | DISMISSED |
| 196 | ebay.com/usr/yjqingnian2016 | yjqingnian2016 |
| 197 | DISMISSED | DISMISSED |
| 198 | ebay.com/usr/zhaonana_1977-6 | zhaonana_1977-6 |