IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br><br> v. <br><br> HANGZHOU HUANGXUAN TRADING CO., LTD., et al., <br><br> Defendants. | Case No. 21-cv-04897 <br><br> **Judge Virginia M. Kendall** <br><br> **Magistrate Judge Jeffrey Cummings** |

**FINAL JUDGMENT ORDER**

This action having been commenced by Plaintiff Converse Inc. ("Plaintiff" or "Converse") against the fully interactive, e-commerce stores[1] operating under the seller aliases identified in Schedule A attached hereto (collectively, the "Seller Aliases"), and Converse having moved for entry of Default and Default Judgment against the defendants identified on Schedule A attached hereto (collectively, the "Defaulting Defendants");

This Court having entered upon a showing by Converse a temporary restraining order and preliminary injunction against Defaulting Defendants which included an asset restraining order;

Converse having properly completed service of process on Defaulting Defendants, the combination of providing notice via electronic publication and e-mail, along with any notice that Defaulting Defendants received from payment processors, being notice reasonably calculated under all circumstances to apprise Defaulting Defendants of the pendency of the action and affording them the opportunity to answer and present their objections; and

---

[1] The e-commerce store urls are listed on Schedule A hereto under the Online Marketplaces.

1

Defaulting Defendants having failed to answer the Complaint or otherwise plead, and the time for answering the Complaint having expired;

THIS COURT HEREBY FINDS that it has personal jurisdiction over Defaulting Defendants since Defaulting Defendants directly target their business activities toward consumers in the United States, including Illinois. Specifically, Defaulting Defendants have targeted sales to Illinois residents by setting up and operating e-commerce stores that target United States consumers using one or more Seller Aliases, offer shipping to the United States, including Illinois, accept payment in U.S. dollars, and have sold products using counterfeit and infringing versions of Converse's federally registered trademarks (the "Converse Trademarks") to residents of Illinois. A list of the Converse Trademarks is included in the below chart.

| Registration Number | Trademark | Goods and Services |
|---|---|---|
| 369,971 | ALL STAR | For: Athletic shoes of rubber and fabric in class 25 |
| 868,375 | CONVERSE | For: Clothing-namely, industrial boots, rubber boots, tennis shoes, basketball shoes, boat shoes, general purpose athletic sneakers, casual shoes, jackets, trousers, parkas, shirts, raincoats in class 25 |
| 1,206,260 | SKIDGRIP | For: Footwear in class 25 |
| 1,275,191 | ALL STAR | For: All Purpose Sports Bags in class 18 |
| 1,276,236 | ALL STAR | For: Shirts in class 25 |
| 1,493,265 | CONS | For: Footwear in class 25 |
| 1,790,496 | CONS | For: Clothing; namely, knit T-shirts, woven shirts, knit and woven pants, sports caps and knit caps, and spandex exercise wear; namely, T-shirts, sweat pants, shorts, and tank tops in class 25 |
| 1,868,363 | CONVERSE | For: Clothing; namely, knit T-shirts, collar placket shirts, woven shirts, swimwear, knit |

| | | |
|---|---|---|
| | | and woven shorts, knit and woven pants, tank tops, fleece tops and bottoms, wind resistant suits and jackets, sports caps and knit caps in class 25 |
| 2,453,856 | CONVERSE.COM | For: Computer services, namely, providing an interactive database of information on clothing, footwear, sporting equipment and activities, and sports personalities in class 42 |
| 2,466,322 | CONVERSE | For: Wirebound books, wirebound hardback books, ballpoint pens in class 16 |
| 2,683,548 | WEAPON | For: Footwear in class 25 |
| 2,807,854 | ALL STAR | For: Footwear in class 25 |
| 2,810,717 | CONVERSE | For: Socks in class 25 |
| 2,869,353 | CONVERSE | For: Eyeglasses, sunglasses, all purpose sports goggles, optical frames and accessories therefor in class 9 |
| 2,872,822 | CONVERSE | For: Sports bags in class 18 |
| 3,175,430 | CONVERSE | For: Retail store services featuring footwear, clothing, sports bags and book bags in class 35 |
| 3,191,460 | FIRST STAR | For: Footwear in class 25 |
| 3,289,613 | CONVERSE | For: Shoe laces in class 26 |
| 3,534,741 | CHUCK TAYLOR | For: Footwear; clothing, namely, t-shirts, tank tops and sweat shirts, headgear, namely, sports caps and knit caps in class 25 |
| 3,847,775 | STAR PLAYER | For: Footwear in class 25 |
| 4,417,013 | RUBBER TRACKS | For: Recording studio services; Recording studios in class 41 |
| 5,722,153 | CHUCK 70 | For: Footwear in class 25 |

| | | |
|---|---|---|
| 121,760 | | For: Boots and shoes made of or containing rubber in class 25 |
| 315,273 | *Chuck Taylor* | For: Shoes made of rubber, leather, fabric, and combinations thereof in class 25 |
| 583,097 | *Jack Purcell* | For: Rubber-soled canvas shoes for the use of men, women, and children in class 25 |
| 741,662 | ★ | For: Canvas-Topped, Rubber-Soled Athletic Shoes in class 25 |
| 924,169 | ★ CONVERSE | For: Basketball shoes, general purpose athletic sneakers in class 25 |
| 938,918 | *Jack Purcell* | For: Footwear-namely, rubber-soled or plastic-soled canvas shoes in class 25 |
| 1,078,480 | ★ CONVERSE | For: Footwear in class 25 |

4

| | | |
|---|---|---|
| 1,138,468 | [CONVERSE ALL STAR logo] | For: Footwear in class 25 |
| 1,138,469 | [Converse Chuck Taylor All Star circular logo] | For: Footwear in class 25 |
| 1,146,876 | [ALL★STAR logo] | For: Footwear in class 25 |
| 1,215,935 | [Star chevron logo] | For: Shirts in class 25 |
| 1,525,779 | [Star chevron outline logo] | For: Socks in class 25 |
| 1,632,413 | [Star in rounded square logo] | For: Footwear in class 25 |
| 1,654,951 | [CONVERSE wordmark] | For: Clothing; namely, footwear in class 25 |

5

| | | |
|---|---|---|
| 1,738,330 | [CONVERSE Chuck Taylor ALL STAR circular logo with star] | For: All-purpose sports bags in class 18 |
| 1,789,476 | [Star within dashed circle] | For: Footwear in class 25 |
| 1,804,563 | [CONVERSE with star in O] | For: Clothing; namely, knit T-shirts, collar placket shirts, knit and woven shorts, woven pants, tank tops, fleece tops and bottoms, wind resistant suits and jackets sports caps in class 25 |
| 1,868,414 | [ONE ★ STAR] | For: Footwear in class 25 |
| 1,877,671 | [CONVERSE Chuck Taylor ALL STAR circular logo with star] | For: Clothing; namely, T-shirts, shorts, tank tops, sweatsuits, vests, pants, jackets, and outerwear; namely, lined jackets in class 25 |
| 1,981,319 | [ALL ★ STAR] | For: Clothing; namely, T-shirts, shorts, tank tops, sweatsuits, vests, pants, jackets, sweaters, jeans and outerwear; namely, lined jackets, and nylon jackets in class 25 |

6

| | | |
|---|---|---|
| 2,063,154 | (Converse Chuck Taylor All Star circular logo) | For: Headwear, namely, sport and knit hats and caps in class 25 |
| 2,098,296 | (CONVERSE ALL★STAR block logo) | For: Athletic footwear, and clothing, namely, T-shirts, shorts, hats, jackets, tank tops, sweatpants and sweatshirts in class 25 |
| 2,435,788 | (Converse Chuck Taylor All Star circular logo) | For: T-shirts in class 25 |
| 2,435,789 | (ALL★STAR logo) | For: Clothing namely, t-shirts in class 25 |
| 2,466,301 | (Converse Chuck Taylor All Star circular logo) | For: Book bags and briefcases-style portfolios in class 18 |
| 2,856,926 | (Chuck Taylor signature) | For: Apparel, namely, warm-up suits, shirts, pants, jackets and shorts in class 25 |

7

| | | |
|---|---|---|
| 2,973,804 | | For: Footwear in class 25 |
| 3,481,708 | *Jack Purcell* | For: Footwear; clothing, namely, t-shirts, short and long sleeved tops, short and long sleeved t-shirts, exercise wear, namely, sweat suits, and headgear, namely, sports caps in class 25 |
| 1,053,338 | | For: Canvas and imitation leather topped soft soled athletic shoes and casual shoes in class 25 |
| 1,490,262 | | For: Athletic footwear in class 25 |
| 1,588,960 | | For: Athletic footwear in class 25 |
| 1,658,256 | | For: Footwear in class 25 |

8

| | | |
|---|---|---|
| 1,998,884 | | For: Footwear in class 25 |
| 3,258,103 | | For: Footwear in class 25 |
| 4,062,112 | | For: Athletic footwear in class 25 |
| 4,065,482 | | For: Athletic footwear in class 25 |
| 4,398,753 | | For: Footwear in class 25 |

THIS COURT FURTHER FINDS that Defaulting Defendants are liable for willful federal trademark infringement and counterfeiting (15 U.S.C. § 1114) and false designation of origin (15 U.S.C. § 1125(a)).

IT IS HEREBY ORDERED that Converse's Motion for Entry of Default and Default Judgment is GRANTED in its entirety, that Defaulting Defendants are deemed in default and that this Final Judgment is entered against Defaulting Defendants.

IT IS FURTHER ORDERED that:

1. Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

    a. using the Converse Trademarks or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine Converse product or not authorized by Converse to be sold in connection with the Converse Trademarks;

    b. passing off, inducing, or enabling others to sell or pass off any product as a genuine Converse product or any other product produced by Converse, that is not Converse's or not produced under the authorization, control or supervision of Converse and approved by Converse for sale under the Converse Trademarks;

    c. committing any acts calculated to cause consumers to believe that Defaulting Defendants' products are those sold under the authorization, control or supervision of Converse, or are sponsored by, approved by, or otherwise connected with Converse;

    d. further infringing the Converse Trademarks and damaging Converse's goodwill; and

    e. manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Converse, nor authorized by Converse to be sold or offered for sale, and which bear any of Converse's trademarks, including the Converse Trademarks, or any reproductions, counterfeit copies or colorable imitations thereof.

2. Upon Converse's request, any third party with actual notice of this Order who is providing services for any of the Defaulting Defendants, or in connection with any of Defaulting Defendants' Online Marketplaces, including, without limitation, any online marketplace platforms such as eBay Inc. ("eBay"), AliExpress, Alibaba Group Holding Ltd. ("Alibaba"), Amazon.com, Inc. ("Amazon"), ContextLogic Inc. d/b/a Wish.com ("Wish.com"), and DHgate.com Inc. ("Dhgate"), (collectively, the "Third Party Providers") shall, within ten (10) business days after receipt of such notice, disable and cease displaying any advertisements used by or associated with Defaulting Defendants in connection with the sale of counterfeit and infringing goods using the Converse Trademarks.

3. Pursuant to 15 U.S.C. § 1117(c)(2), Converse is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred and fifty thousand dollars ($150,000) for willful use of counterfeit Converse Trademarks on products sold through at least Defaulting Defendants' Online Marketplaces. The one hundred and fifty thousand dollar ($150,000) award shall apply to each distinct Defaulting Defendant only once, even if they are listed under multiple different aliases in Schedule A.

4. Converse may serve this Order on Third Party Providers, including PayPal, Inc. ("PayPal"), eBay, Alipay, Alibaba, Ant Financial Services Group ("Ant Financial"), Wish.com, Amazon Pay, and DHgate by e-mail delivery to the e-mail addresses Converse used to serve the Temporary Restraining Order on the Third Party Providers.

5. Any Third Party Providers holding funds for Defaulting Defendants, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Amazon Pay, and Dhgate, shall, within ten (10) business days of receipt of this Order, permanently restrain and enjoin any financial accounts connected to Defaulting Defendants' Seller Aliases or Online Marketplaces from transferring or disposing of any funds, up to the above identified statutory damages award, or other of Defaulting Defendants' assets.

6. All monies, up to the above identified statutory damages award, in Defaulting Defendants' financial accounts, including monies held by Third Party Providers such as PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Amazon Pay, and Dhgate, are hereby released to Converse as partial payment of the above-identified damages, and Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Amazon Pay, and DHgate, are ordered to release to Converse the amounts from Defaulting Defendants' financial accounts within ten (10) business days of receipt of this Order.

7. Until Converse has recovered full payment of monies owed to it by any Defaulting Defendant, Converse shall have the ongoing authority to serve this Order on Third Party Providers, including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Amazon Pay, and Dhgate, in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, Third Party Providers,

including PayPal, eBay, Alipay, Alibaba, Ant Financial, Wish.com, Amazon Pay, and Dhgate, shall within ten (10) business days:

    a. locate all accounts and funds connected to Defaulting Defendants' Seller Aliases and Online Marketplaces, including, but not limited to, any financial accounts connected to the information listed in Schedule A hereto, the e-mail addresses identified in Exhibit 3 to the Declaration of Joe Pallett, and any e-mail addresses provided for Defaulting Defendants by third parties;

    b. restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

    c. release all monies, up to the above identified statutory damages award, restrained in Defaulting Defendants' financial accounts to Converse as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

8. In the event that Converse identifies any additional online marketplace accounts or financial accounts owned by Defaulting Defendants, Converse may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the e-mail addresses identified in Exhibit 3 to the Declaration of Joe Pallett and any e-mail addresses provided for Defaulting Defendants by third parties.

9. The ten thousand dollar ($10,000) surety bond posted by Converse is hereby released to Converse or its counsel, Greer, Burns & Crain, Ltd. The Clerk of the Court is directed to return the surety bond previously deposited with the Clerk of the Court to Converse or its counsel.

This is a Final Judgment.

DATED: December 1, 2021

_____
Virginia M. Kendall
United States District Judge

Converse Inc. v. Hangzhou Huangxuan Trading Co., Ltd., et al. - Case No. 21-cv-04897

# Schedule A

| | Defendant Online Marketplaces | |
|---|---|---|
| No | URL | Name / Seller Alias |
| 1 | advan-zj.en.alibaba.com | Hangzhou Huangxuan Trading Co., Ltd. |
| 2 | amcshoes.en.alibaba.com | Dongguan Ai Mei Cheng Shoes Co., Ltd. |
| 3 | asshoes.en.alibaba.com | Jinjiang Angsen Trading Co., Ltd. |
| 4 | byringshoes.en.alibaba.com | Ningbo Byring Import & Export Co., Limited |
| 5 | chichangcn.en.alibaba.com | Pingyang Lula E-Commerce Co., Ltd. |
| 6 | chinatowe.en.alibaba.com | Fujian Nanwang Biological Technology Co., Ltd. |
| 7 | choushan.en.alibaba.com | Hunan Choushan Trading Co., Ltd. |
| 8 | cn1516953121bugo.en.alibaba.com | Quanzhou Hongda Business Co., Ltd. |
| 9 | cnlindingyanting.en.alibaba.com | Jinjiang Linding Yanting Shoes Co., Ltd. |
| 10 | DISMISSED | DISMISSED |
| 11 | cowinfootwear.en.alibaba.com | Quanzhou Cowin Footwear Co., Ltd. |
| 12 | cqyuguo1.en.alibaba.com | Chongqing Yuguo Technology Co., Ltd. |
| 13 | dbscm.en.alibaba.com | dbscm.en.alibaba.com |
| 14 | feinece.en.alibaba.com | Guangzhou Feinece Trading Co., Ltd |
| 15 | fjjianer.en.alibaba.com | Jinjiang Jianer Shoes & Garments Co., Ltd. |
| 16 | fjmt.en.alibaba.com | Fuzhou My Ten E-Commerce Co., Ltd. |
| 17 | fjuptop.en.alibaba.com | Fujian Uptop Trading Co., Ltd. |
| 18 | folin.en.alibaba.com | Quanzhou Folin Import & Export Trading Co., Ltd. |
| 19 | fyhlxy.en.alibaba.com | Hangzhou Fuyang Hualong Shoes Co., Ltd. |
| 20 | fzclt.en.alibaba.com | Fuzhou CLT E-Business Co., Ltd. |
| 21 | fzgean.en.alibaba.com | Fuzhou Gean Import & Export Trading Co., Ltd. |
| 22 | fztopkeeping.en.alibaba.com | Jinjiang Chichang Import & Export Trading Co., Ltd. |
| 23 | guyucn.en.alibaba.com | Quanzhou Guyu Trading Co., Ltd. |
| 24 | haopaidang.en.alibaba.com | Quanzhou Good Partner Business Service Co., Ltd. |
| 25 | DISMISSED | DISMISSED |
| 26 | hellosport.en.alibaba.com | Quanzhou Hello Sports Products Co., Ltd. |
| 27 | hnblmy.en.alibaba.com | Hainan Bolian Trading Co., Ltd. |
| 28 | hzmonuo.en.alibaba.com | Hangzhou Mono Electronic Commerce Co., Ltd. |
| 29 | jiaguo.en.alibaba.com | Ningbo Jago E-Commerce Co., Ltd. |
| 30 | jiaxinfootwear.en.alibaba.com | Quanzhou Jiaxin Footwear Trade Co., Ltd. |
| 31 | jingpu99.en.alibaba.com | Quanzhou Jingpu Supply Chain Management Co., Ltd. |

| | | |
|---|---|---|
| 32 | jjzhenghao.en.alibaba.com | Jinjiang Zhenghao Trading Co., Ltd. |
| 33 | jxsuji.en.alibaba.com | Nanchang Suji E-Commerce Co., Ltd. |
| 34 | DISMISSED | DISMISSED |
| 35 | litian-sports.en.alibaba.com | Litian(Quanzhou) Import & Export Co., Ltd. |
| 36 | DISMISSED | DISMISSED |
| 37 | minika.en.alibaba.com | Jinjiang Minika Shoes Co., Ltd. |
| 38 | miracletrading.en.alibaba.com | Ningbo Miracle International Trading Co., Ltd. |
| 39 | mornkid.en.alibaba.com | Fuzhou Topkeeping Imp.&Exp. Trading Co., Ltd. |
| 40 | nadxwz2.en.alibaba.com | Nan'an Dexi Technology Co., Ltd. |
| 41 | qzfashionshow.en.alibaba.com | Quanzhou Fashion Import And Export Trade Co., Ltd. |
| 42 | qzxll.en.alibaba.com | Quanzhou Hallelu Co., Ltd. |
| 43 | seerol.en.alibaba.com | Fuzhou Seerol Trade Co., Ltd. |
| 44 | shangtuo.en.alibaba.com | Jinjiang Shangtuo Trading Co., Ltd. |
| 45 | tengyuefur.en.alibaba.com | Gucheng County Military Attache Village Teng Yue Fur Factory |
| 46 | thshoes.en.alibaba.com | Jinjiang Tonghua Shoes Co., Ltd. |
| 47 | tjbikini.en.alibaba.com | Jinhua Taijun Household Products Co., Ltd. |
| 48 | xinxiezhi.en.alibaba.com | Fujian Quanzhou Xinxiezhi Shoe Plastic Co., Ltd. |
| 49 | ysmarket.en.alibaba.com | Dongguan Yanishi Clothing Co., Ltd. |
| 50 | yujiantrading.en.alibaba.com | Adit Shoes Manufacture Co., Ltd. |
| 51 | aliexpress.com/store/1534055 | bree's happy world |
| 52 | aliexpress.com/store/213041 | Baby Shoe s Toddler Clothes Store |
| 53 | aliexpress.com/store/2295073 | GGC SMT Store |
| 54 | aliexpress.com/store/235685 | QualityDIY BShoes Store |
| 55 | aliexpress.com/store/2665112 | Laficiro Fitness Store |
| 56 | aliexpress.com/store/3010074 | BestFamily Store |
| 57 | aliexpress.com/store/3885019 | JEERKOOL Speciality Store |
| 58 | aliexpress.com/store/4291014 | Dazzling showcase Store |
| 59 | aliexpress.com/store/4313002 | Lilyss Store |
| 60 | aliexpress.com/store/4426211 | No. 3 shoe store discount store Store |
| 61 | aliexpress.com/store/4659092 | ALICE&YOU Official Store |
| 62 | aliexpress.com/store/4780015 | Galio Store |
| 63 | aliexpress.com/store/4786018 | CWANLUU Official Store |
| 64 | aliexpress.com/store/4788018 | Cwanluu Store |
| 65 | aliexpress.com/store/4832027 | covadis Official Store |
| 66 | aliexpress.com/store/4992348 | nanyanghengshengjiuTrading Co., Ltd. Store |
| 67 | aliexpress.com/store/5004278 | elizandro Official Store |
| 68 | aliexpress.com/store/5053105 | Milky Sportwear Store |
| 69 | aliexpress.com/store/5145029 | 7 Stars Energetic Sporting & Entertainment Store |
| 70 | aliexpress.com/store/5242152 | Daypepe Official Store |

| 71 | aliexpress.com/store/5383238 | Airp SH Store |
|---|---|---|
| 72 | aliexpress.com/store/5789161 | exercises Store |
| 73 | aliexpress.com/store/822552 | JAPY Official Store |
| 74 | aliexpress.com/store/910451146 | Pingshang Footwear Store |
| 75 | aliexpress.com/store/911036112 | Farevally Softwear Store |
| 76 | aliexpress.com/store/911295215 | Joshua Store |
| 77 | aliexpress.com/store/911753933 | jinheyushangmao Store |
| 78 | aliexpress.com/store/911776511 | Leisure for men and women Store |
| 79 | aliexpress.com/store/911833502 | caishen9527 Store |
| 80 | aliexpress.com/store/911834206 | LaiCai Stylish Store |
| 81 | aliexpress.com/store/911928551 | Ming Tian Store |
| 82 | aliexpress.com/store/911943476 | Little Stone Store Store |
| 83 | aliexpress.com/store/911960105 | Poetic elegance Store |
| 84 | aliexpress.com/store/912062160 | LoliLove Store |
| 85 | aliexpress.com/store/912068334 | GGLBC SMT02 Store |
| 86 | aliexpress.com/store/912087032 | NYBYCACL-666888 Store |
| 87 | aliexpress.com/store/912155374 | Aimei Shoe Store |
| 88 | aliexpress.com/store/912187950 | mgfive Store |
| 89 | aliexpress.com/store/912189159 | Eseen Store |
| 90 | aliexpress.com/store/912221303 | baifulexie Store |
| 91 | aliexpress.com/store/912263325 | LIZUShoe Store |
| 92 | aliexpress.com/store/912263971 | Baby daily necessities Store |
| 93 | aliexpress.com/store/912269613 | JIAGER Store |
| 94 | aliexpress.com/store/912271687 | OllyMurs AMODA Store |
| 95 | aliexpress.com/store/912320346 | LN 008 Store |
| 96 | aliexpress.com/store/912349524 | AX-CHN Store |
| 97 | amazon.com/sp?seller=A10V2AFMI0J8ZF | MURSFAND |
| 98 | amazon.com/sp?seller=A114ZTNPMXT607 | Qiaojia-Store |
| 99 | amazon.com/sp?seller=A130F2R9XJ2PFE | CarlyEliza |
| 100 | DISMISSED | DISMISSED |
| 101 | amazon.com/sp?seller=A16E3R43OBCO1I | Tk-Tek |
| 102 | amazon.com/sp?seller=A1AAWI13JKP2UZ | haohanrichard |
| 103 | amazon.com/sp?seller=A1AM18FJ5JKDAZ | xixianxinqufengdong |
| 104 | amazon.com/sp?seller=A1BBS5KJXI5GKR | ZHONGLINGLUHAOHUO |
| 105 | amazon.com/sp?seller=A1CDOATEL0ZACO | XSMSHOP |
| 106 | amazon.com/sp?seller=A1F0TG6LIL301R | Blue cloud ltd |
| 107 | amazon.com/sp?seller=A1HWLPXQNL33ZF | Vetcoy 7-15 days Arrive |
| 108 | amazon.com/sp?seller=A1IGKYCXFN2EAZ | CHERRY GIRL |
| 109 | DISMISSED | DISMISSED |
| 110 | amazon.com/sp?seller=A1LUNG0C88BACZ | VCA Sports |
| 111 | amazon.com/sp?seller=A1OO0ZXJ3V8BLF | guishines |
| 112 | amazon.com/sp?seller=A1TYX85DBBJ38Q | SXLYWLKJ |

| | | |
|---|---|---|
| 113 | amazon.com/sp?seller=A1U64XFJ5KY4US | A1U64XFJ5KY4US |
| 114 | amazon.com/sp?seller=A1VY5HQSGEEWYP | Mael Lachlan Jal |
| 115 | amazon.com/sp?seller=A1WKOVNIKB6EG1 | GHTRGDS |
| 116 | DISMISSED | DISMISSED |
| 117 | amazon.com/sp?seller=A224JWQQWOPWH3 | qianlingshangmao |
| 118 | amazon.com/sp?seller=A24QGCGMI3WH16 | qiaoxiang888 |
| 119 | amazon.com/sp?seller=A253713D07N3FV | Imre MaddockQabil |
| 120 | amazon.com/sp?seller=A25EFK0LEG1F44 | A25EFK0LEG1F44 |
| 121 | amazon.com/sp?seller=A25VBI4PGZSO7B | FideliaHelenlvy |
| 122 | amazon.com/sp?seller=A294CTGVE6KHKO | Zhao Kai Store |
| 123 | amazon.com/sp?seller=A2CYI00JICDS50 | luo he liang dian shang mao |
| 124 | amazon.com/sp?seller=A2D9NH6XPK8W73 | ninghuaxiansuzaodingzhimeifadian |
| 125 | amazon.com/sp?seller=A2EMRNNBIJUTXS | XiaoWeiL |
| 126 | amazon.com/sp?seller=A2F0K6OOZ5XQHK | KenishaLinda Chipo |
| 127 | amazon.com/sp?seller=A2FCH29D4TLBK8 | danzhounadaxingbaodianqidian |
| 128 | amazon.com/sp?seller=A2G0CDIR7MB2AH | DaphneFredaIris |
| 129 | amazon.com/sp?seller=A2HWM1CSY213ZT | A2HWM1CSY213ZT |
| 130 | amazon.com/sp?seller=A2IXVOH36DSHQF | jianoushixudunzhenxiaoshangshizadian |
| 131 | amazon.com/sp?seller=A2J2X7NY8ERWSK | Ce Qi Shang Mao You Xian Gong Si |
| 132 | amazon.com/sp?seller=A2J7NRBPIWUEHT | Jinghexinchengshengdanfubaihuodian1 |
| 133 | amazon.com/sp?seller=A2KBPLOFVO93FT | HUEKY |
| 134 | amazon.com/sp?seller=A2KLM0B91WQ8R6 | sheng rui shang mao dian |
| 135 | amazon.com/sp?seller=A2RG8X4S6SMQA | JTCSGY |
| 136 | amazon.com/sp?seller=A2S4CWQUI6KSZ4 | CZTD |
| 137 | amazon.com/sp?seller=A2SCTVZ8OEFMT2 | SquirrelsS |
| 138 | amazon.com/sp?seller=A2TR65FOR6UPEQ | MoKFE-US |
| 139 | amazon.com/sp?seller=A2WRJMDT1VW6QB | meilifuhao |
| 140 | amazon.com/sp?seller=A2X4IESJOKY2FA | Wen's studio |
| 141 | amazon.com/sp?seller=A2YBXLFRNY6BSE | pxjrxlzl |
| 142 | DISMISSED | DISMISSED |
| 143 | amazon.com/sp?seller=A2YYXKY6WZ6GTQ | VANXY |
| 144 | amazon.com/sp?seller=A31EOVNT07DDA8 | UdehSachchit |
| 145 | amazon.com/sp?seller=A324BXELDYLVZ6 | TalibWaltonZaide |
| 146 | amazon.com/sp?seller=A32KMNE06WXUFZ | Dakshesh Calixto |
| 147 | amazon.com/sp?seller=A33EVEOCL27W5C | Laraine MarenGaia |
| 148 | amazon.com/sp?seller=A34GTVM3QY5KHR | A34GTVM3QY5KHR |
| 149 | amazon.com/sp?seller=A34LOJJOG8CYW2 | Ayufish |
| 150 | amazon.com/sp?seller=A38MPB3F5X2VYH | Miss the time |
| 151 | amazon.com/sp?seller=A39W6ZMA0MIIM7 | Guangzhou Auto Parts City |
| 152 | DISMISSED | DISMISSED |
| 153 | amazon.com/sp?seller=A3FKDQDM0I43BO | Python becomes fine |
| 154 | amazon.com/sp?seller=A3IA6GH57N9G5F | A3IA6GH57N9G5F |

| 155 | amazon.com/sp?seller=A3KB95EDT1O4P5 | Big Fat Shop |
|---|---|---|
| 156 | amazon.com/sp?seller=A3KWLUU2PGCLRX | xinduquyaxunbaihuodian |
| 157 | amazon.com/sp?seller=A3N7KJWLDKMNZF | sunlinlindian |
| 158 | amazon.com/sp?seller=A3N9LL9XL7RDRR | QYBHOZ |
| 159 | amazon.com/sp?seller=A3PS284EVNWAIA | xuchangcuirunshangmaoyouxiangongsi |
| 160 | amazon.com/sp?seller=A3QCR3EAHPMZQ | chaodaa |
| 161 | amazon.com/sp?seller=A3QGBOWNQT11WT | Bomden |
| 162 | amazon.com/sp?seller=A3QGNLZXH6Y7T5 | Supka |
| 163 | amazon.com/sp?seller=A3SY0T27WAKLAW | Xena WendySylvia |
| 164 | amazon.com/sp?seller=A3TKTMRQEVGM7A | HALDD |
| 165 | DISMISSED | DISMISSED |
| 166 | DISMISSED | DISMISSED |
| 167 | amazon.com/sp?seller=A65H5EZKCV3L9 | BaiLingRiYongBaiHuo |
| 168 | amazon.com/sp?seller=AI0C64OO0FX08 | Abuyn |
| 169 | amazon.com/sp?seller=AI7H8UYV8PXOS | LvLiangShiLiShiQuKangChenBaiHuoShangDian |
| 170 | amazon.com/sp?seller=AIV3D6AW6P07Z | mengxiangqihang |
| 171 | amazon.com/sp?seller=AKNX41HM1JSXQ | xingyunqijian |
| 172 | amazon.com/sp?seller=AKRMOY49F2TI8 | ChaoYueZiJi |
| 173 | amazon.com/sp?seller=AM5LYSL9LYNOV | NeBoion |
| 174 | DISMISSED | DISMISSED |
| 175 | amazon.com/sp?seller=ATE5SM2RV39YS | Geguoo |
| 176 | amazon.com/sp?seller=AU52UASEE9N0Y | LIU RUITONG 0 |
| 177 | amazon.com/sp?seller=AX7CTUHJASB13 | Cornerstone Energy Limited111 |
| 178 | amazon.com/sp?seller=AY275T0A603OD | Sellers who re-emerged |
| 179 | amazon.com/sp?seller=AY9FRQRN934IK | KaiYangDeXiaoDian |
| 180 | amazon.com/sp?seller=AYR7OI27DPF9M | HaiKouShiMaiTeWeiShangMaoYouXianGongShi |
| 181 | amazon.com/sp?seller=AZTN5DGR0IGX7 | MartianGirl |
| 182 | dhgate.com/store/21040607 | hot 350 seller |
| 183 | dhgate.com/store/21210775 | football2019 |
| 184 | dhgate.com/store/21410872 | dynastic |
| 185 | ebay.com/usr/annly_liu | annly_liu |
| 186 | DISMISSED | DISMISSED |
| 187 | DISMISSED | DISMISSED |
| 188 | DISMISSED | DISMISSED |
| 189 | ebay.com/usr/goods2uall | goods2uall |
| 190 | ebay.com/usr/great_wall_2016 | great_wall_2016 |
| 191 | ebay.com/usr/m-nkr | m-nkr |
| 192 | DISMISSED | DISMISSED |
| 193 | DISMISSED | DISMISSED |
| 194 | ebay.com/usr/weiwli-0 | weiwli-0 |
| 195 | DISMISSED | DISMISSED |
| 196 | ebay.com/usr/yjqingnian2016 | yjqingnian2016 |

| 197 | DISMISSED | DISMISSED |
| 198 | ebay.com/usr/zhaonana_1977-6 | zhaonana_1977-6 |