IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| CONVERSE INC., <br><br> Plaintiff, <br> v. <br><br> HANGZHOU HUANGXUAN TRADING CO., LTD., et al., <br><br> Defendants. | Case No. 21-cv-04897 <br><br> **Judge Virginia M. Kendall** <br><br> **Magistrate Judge Jeffrey Cummings** |

## SATISFACTION OF JUDGMENT

WHEREAS, a judgment was entered in the above action on December 1, 2021 [52], in favor of Plaintiff Converse Inc. ("Plaintiff" or "Converse") and against the Defendants Identified in Schedule A in the amount of one hundred and fifty thousand dollars ($150,000) per Defaulting Defendant for willful use of counterfeit Converse Trademarks in connection with the offer for sale and/or sale of products through at least the Online Marketplaces, and Converse acknowledges payment of an agreed upon damages amount, costs, and interest and desires to release this judgment and hereby fully and completely satisfy the same as to the following Defendants:

| Defendant Name | Line No. |
|---|---|
| Hangzhou Huangxuan Trading Co., ltd. | 1 |
| Vetcoy 7-15 days Arrive | 107 |

THEREFORE, full and complete satisfaction of said judgment as to the above-referenced Defendants is hereby acknowledged, and the Clerk of the Court is hereby authorized and directed to make an entry of the full and complete satisfaction on the docket of said judgment.

|  |  |
|---|---|
| Dated this 21st day of January 2022. | Respectfully submitted,<br><br>/s/ RiKaleigh C. Johnson<br>Amy C. Ziegler<br>Justin R. Gaudio<br>RiKaleigh C. Johnson<br>Jake M. Christensen<br>Greer, Burns & Crain, Ltd.<br>300 South Wacker Drive, Suite 2500<br>Chicago, Illinois 60606<br>312.360.0080 / 312.360.9315 (facsimile)<br>aziegler@gbc.law<br>jgaudio@gbc.law<br>rjohnson@gbc.law<br>jchristensen@gbc.law<br><br>*Counsel for Plaintiff Converse Inc.* |